# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK SHARPLESS,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br>    *et al.*,<br><br>    Defendants. | Case No. 2:15-cv-00616-APG-CWH<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to File Electronically (doc. # 13), filed April 30, 2015. In his motion, Plaintiff seeks leave to file, receive, and serve documents electronically in the instant case. Plaintiff acknowledges he neither has the equipment, nor email account necessary to satisfy the requirements` for filing electronically, but will obtain these upon the granting of the instant motion. Pursuant to Special Order # 109, the Court will not grant such requests unless a moving party demonstrates to this Court that he or she satisfies the requirements for electronic filings. Because Plaintiff fails to demonstrate that he satisfies these requirements, the Court denies the instant motion.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to File Electronically (doc. # 13) is **denied without prejudice**.

DATED: May 4, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**