**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK SHARPLESS,<br>           Plaintiff,<br>vs.<br>EQUIFAX INFORMATION SERVICES LLC,<br>   *et al.*,<br>           Defendants. | Case No. 2:15-cv-00616-APG-CWH<br><br>**ORDER** |

Before the Court is Plaintiff's Renewed Motion to File Electronically (doc. # 16), filed May 6, 2015. In his motion, Plaintiff seeks leave to file, receive, and serve documents electronically in the instant case. Plaintiff contends he now has the equipment, email address, and software necessary to satisfy the requirements for filing electronically. Pursuant to Special Order # 109, the Court will not grant such requests unless a moving party demonstrates to this Court that he or she satisfies the requirements for electronic filings. Because Plaintiff demonstrates that he satisfies these requirements, the Court grants the instant motion.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Renewed Motion to File Electronically (doc. # 16) is **granted**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

  a.   On or before **Monday, May 18, 2015**, Plaintiff shall provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website, www.nvd.uscourts.gov.

  b.   Plaintiff is not authorized to file electronically until said certification is filed with the

1 | Court within the time frame specified.
2 | c. Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk
3 | at (702) 464-5555 to set up a CM/ECF account.
4 | DATED: May 8, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

2