FERNALD LAW GROUP LLP
BRANDON C. FERNALD
2300 W. Sahara Ave., Suite 800
Las Vegas, NV 89102
Tel: 702.410.7500
Fax: 702.410.7520
Email: brandon.fernald@fernaldlawgroup.com

DOLL AMIR & ELEY LLP
HUNTER R. ELEY (SBN 224321) (Admitted Pro Hac Vice)
heley@dollamir.com
MARGARET C. MCHUGH-SIVORE (SBN 298613) (Admitted Pro Hac Vice)
mmchugh@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101
Attorneys for Defendant,
Capital One Bank (USA), N.A.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK SHARPLESS<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>Defendants. | Case No. 2:15-cv-00616-APG(CWH)<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed: February 19, 2015 |

STIPULATION RE DISMISSAL WITH PREJUDICE

## STIPULATION

**TO PARTIES AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED by Pro Se Plaintiff Patrick Sharpless and the undersigned counsel for Defendants Capital One Bank (USA), N.A., erroneously named as Capital One Financial Corporation, and Equifax Information Services that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be dismissed in its entirety with prejudice, with all Parties to bear their own fees and costs.

Dated: September 2, 2015            Pro Se Plaintiff Patrick Sharpless

By: /s/ Patrick Sharpless

Patrick Sharpless

DATED: September 2, 2015            DOLL AMIR & ELEY LLP

By: /s/ Margaret C. McHugh-Sivore
MARGARET C. MCHUGH-SIVORE
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.,
Erroneously Named As Capital One
Financial Corporation

DATED: September 2, 2015            KING & SPALDING

By: /s/ N. Charles Campbell
N. CHARLES CAMPBELL
Attorneys for Defendant
Equifax Information Services, LLC

1
STIPULATION RE DISMISSAL WITH PREJUDICE

## ORDER

The Court has reviewed the Stipulation filed by Plaintiff Patrick Sharpless and Defendants Capital One Bank (USA), N.A., erroneously named as Capital One Financial Corporation, and Equifax Information Services, LLC to dismiss the matter styled *Sharpless v. Equifax Information Services, LLC,* et al., Case No. 2:15-cv-00616-APG-CWH in its entirety with prejudice. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby rules as follows:

The Court hereby dismisses the above referenced matter in its entirety, with prejudice, with all Parties to bear their own fees and costs.

IT IS SO ORDERED.

DATED: November 10, 2015

_____
UNITED STATES DISTRICT JUDGE